STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HAROLD FINKLE, DEFENDANT-APPELLANT.

Argued November 18, 1974—Decided December 4, 1974.

*Mr. Harold Finkle,* of the New York Bar, argued the cause for appellant (*Mr. Morgan E. Thomas,* attorney).

*Mr. Robert A. Rubenfeld,* Deputy Attorney General, argued the cause for respondent (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division. 128 *N. J. Super.* 199.

CLIFFORD, J., concurs in the result.

*For affirmance*—Chief Justice HUGHES, Justices JACOBS, MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and Judge COLLESTER—7.

*For reversal*—None.